APRIL 15, 1971

No. 710. ASSOCIATED PRESS *v.* ADAMS ET AL. Motion for leave to file petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

APRIL 19, 1971

No. 1352. CONSOLIDATED CARRIERS CORP. *v.* UNITED STATES ET AL. Affirmed on appeal from D. C. S. D. N. Y.

No. 1347. FAIRVIEW DEVELOPMENT, INC. *v.* CITY OF FAIRBANKS. Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1368. FOREMAN *v.* CITY OF BELLEFONTAINE ET AL. Appeal from Ct. App. Ohio, Logan County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 1426. DELAHAY *v.* ALASKA ET AL. Appeal from Sup. Ct. Alaska dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.